**Willie FEARS, Petitioner–Appellant,**

v.

**Adrian POTEAT, Warden; United States Parole Commission, Respondents–Appellees.**

No. 01–6695.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 30, 2001.

Willie Fears, pro se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Willie Fears appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss Fears' appeal on the reasoning of the district court. *See Fears v. Poteat,* No. CA–00–1847–A (E.D.Va. Mar. 13, 2001); *see also Blair–Bey v. Quick,* 151 F.3d 1036, 1047 (D.C.Cir.1998) (finding District of Columbia parole regulations create no due process liberty interest in parole). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*